# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| Farajallah Yazbek,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Progressive Financial Services,<br><br>　　　　　Defendant. | Civil Action No.: 2:10-cv-00176 (J) |

## STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Plaintiff, Farajallah Yazbek, and Defendant, Progressive Financial Services, file this stipulation of dismissal, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

1. Farajallah Yazbek is the Plaintiff.  Progressive Financial Services is the Defendant.

2. On or about July 20, 2010, Plaintiff sued Defendant.

3. Plaintiff moves to dismiss the suit as to all parties.

4. Defendant, who has answered, agrees to the dismissal.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

8. This dismissal is with prejudice.

Dated: March 18, 2011

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 By:  PLAINTIFF, Farajallah Yazbek

　　　　　　　　　　　　　　　　　　　　 /s/ Diana P. Larson
　　　　　　　　　　　　　　　　　　　　Diana P. Larson
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24007799
　　　　　　　　　　　　　　　　　　　　The Larson Law Office, PLLC
　　　　　　　　　　　　　　　　　　　　440 Louisiana, Suite 900

Houston, TX 77002
Telephone: (713) 221-9088
Facsimile: (832) 415-9762
Email: Diana@thelarsonlawoffice.com

Of Counsel To
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666

And

By: DEFENDANT, Progressive Financial Services

   _/s/ Steven R. Dunn_____
Steven R. Dunn
The Dunn Law Firm
5420 LBJ Freeway
Suite 577
Dallas, Texas 75240
sdunnfirm@aol.com
Attorney for Defendant Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on March 18, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Steven R. Dunn
The Dunn Law Firm
5420 LBJ Freeway
Suite 577
Dallas, Texas 75240
sdunnfirm@aol.com

                                        By /s/ Diana P. Larson
                                           Diana P. Larson

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| Farajallah Yazbek,<br><br>    Plaintiff,<br><br>v.<br><br>Progressive Financial Services,<br><br>    Defendant. | Civil Action No.: 2:10-cv-00176 (J) |

## ORDER ON STIPULATION TO DISMISS

On _____, 2011, the Court considered the parties' stipulation to dismiss. After considering the stipulation, the court:

GRANTS the stipulation and dismisses the case without prejudice.

SIGNED on _____, 2011.

_____
The Honorable Judge

4

APPROVED & ENTRY REQUESTED:

_/s/ Diana P. Larson_____
Diana P. Larson
Texas Bar No. 24007799
The Larson Law Office, PLLC
440 Louisiana, Suite 900
Houston, TX 77002
Telephone: (713) 221-9088
Facsimile: (832) 415-9762
Email: Diana@thelarsonlawoffice.com

Of Counsel To
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666

And

By: DEFENDANT, Progressive Financial Services

__/s/ Steven R. Dunn_____
Steven R. Dunn
The Dunn Law Firm
5420 LBJ Freeway
Suite 577
Dallas, Texas 75240
sdunnfirm@aol.com
Attorney for Defendant Attorney for Defendant